**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | 20-45189-399 |
| Frank Taylor Kremer | ) | |
| Tammy Antoinette Kremer | ) | |
| Debtors | ) | Chapter 13 |
| | ) | |
| Diana S. Daugherty, | ) | Hearing Date: 04/06/2022 |
| Chapter 13 Trustee/ | ) | Hearing Time: 10:00 a.m. |
| Respondent. | ) | Hearing Location: 5 North |

### NOTICE OF HEARING AND MOTION TO RETAIN FUNDS

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY THE HEARING DATE. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**
**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

COME NOW Debtors, by and through Debtors' attorney and state as follows:

1.  On March 23, 2022, Debtors' vehicle, 2010 Honda Odyssey Wagon, was totaled in an accident.

2.  Debtors filed a claim with the insurance company, State Farms Mutual Automobile Insurance Company having the claim no #25-31W8-98M.

3.  Insurance company will be paying in total a sum of $5,784.50 in insurance proceeds to the Debtors to settle the claim after taking out the deductibles and title transfer fees.

4.  Debtors are currently without any vehicle and needs a transportation to get back and

forth to work.

5.      Debtors' other vehicle 2014 Volkswagen Jetta SportWagen has been in an accident last year on November 11, 2021 and to date the vehicle is still under repairs. Debtors' Insurance Company will be paying out for the damages incurred as a result of the wreck, but debtors still need to pay $500 as a participation fee.

6.      Therefore, Debtor wishes to retain their share from the insurance proceeds to purchase a used car.

WHEREFORE, Debtor prays for an Order of this court allowing Debtor to retain insurance proceeds in the amount of $5,784.50.

Respectfully Submitted,
**A&L LICKER LAW FIRM, LLC**

/s/Tobias Licker
Tobias Licker, E.D. #56778MO
1861 Sherman Drive
St. Charles, MO 63303
Tel:(636)916-5400
Fax:(636)916-5402
Tobias@lickerlawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the **Forgoing Document** was filed electronically with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List on April 1, 2022.

I certify that a true and correct copy of the **Forgoing Document** was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on April 1, 2022.

/s/ Saloni Mehta

Diana S. Daugherty      Via CM/ECF
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

Office of the US Trustee      Via CM/ECF
111 S Tenth St, Ste 6.353
St. Louis, MO 63102-1127

| | | |
|---|---|---|
| ACE Cash Express<br>300 E. John Carpenter Fwy<br>Ste 900<br>Irving, TX 75062 | Angel Investments, Inc<br>1671 S Old Hwy 141<br>Suite D<br>Fenton, MO 63026 | Bank Of America<br>Po Box 982238<br>El Paso, TX 79998 |
| Bank of America<br>707 North Second St<br>Suite 306<br>Saint Louis, MO 63102 | Blue Frog Loans<br>PO Box 725,<br>Fenton, MO 63026 | Capital One Bank Usa N<br>Po Box 30281<br>Salt Lake City, UT 84130 |
| CardioNet, LLC<br>PO Box 508<br>Malvern, PA 19355 | Cash Central<br>84 E 2400 N<br>Logan, UT 84341 | Cash Link USA, LLC<br>3000 Ne Brooktree Ln, Ste 100<br>Kansas City, MO 64119 |
| CashNet USA<br>PO Box 643990<br>Cincinnati, OH 46264-3990 | Cavalry Portfolio Service<br>500 Summit Lake Dr<br>Valhalla, NY 10595 | Cavalry SPV LLC<br>707 N 2nd St Ste 306<br>Saint Louis, MO 63102 |

Check 'n  Go
1415 N Grand Blvd
Saint Louis, MO 63106

Check City
PO Box 970028
Orem, UT 84097

Check Into Cash
201 Keith Street
Suite 80
Cleveland, TN 37311

Citi Bank
Po Box 6497
Sioux Falls, SD 57117-6497

Clear Loan Solutions
600 F Street
 Suite 3 #721
Arcata, CA 95521

Community Quick Cash
1671 S Old Hwy 141 Ste D
Fenton, MO 63026

Complete Credit Solution
2921 Brown Trail
Bedford, TX 76021

Credit One Bank Na
Po Box 98872
Las Vegas, NV 89193

Daniel Scott Rabin
PO Box 480707
Kansas City, MO 64148

David H Bailey, Jr.
4610 Mexico Rd
Saint Peters, MO 63376

David J Page
Blitt And Gaines PC
707 N Second Street
Suite 306
Saint Louis, MO 63102

David Joseph Page
707 North 2nd Street
Suite 306
Saint Louis, MO 63102

Dfs/cash Central Of Mi
84 E. 2400 N.
North Logan, UT 84341

Discover Fin Svcs Llc
Pob 15316
Wilmington, DE 19850

Easy Cash ASAP
9240 Glenwood Street, Suite A
Overland Park, KS 66212

Evergreen Services
PO Box 834
Lac Du Flambeau, WI 54538

Fed Loan Serv
Pob 60610
Harrisburg, PA 17106

Fig Loans Texas Llc
335 Madison Ave Floor 16
New York, NY 10016

First Bank Mortgage
#1 First Missouri Center
Saint Louis, MO 63141

Green Trust Cash
PO Box 340
Hays, MT 59527

Huntington Debt Holding LLC
210 John Glenn Suite 10
c/o Loan me
Amherst, NY 14228

IRS
PO Box 7346
Philadelphia, PA 19101-7346

John G Heimos
10805 Sunset Office Drive
Suite 300
Saint Louis, MO 63120-7000

Jpmcb Card
Po Box 15369
Wilmington, DE 19850

Julie Ann Anderson
3740 Broadway Blvd
Kansas City, MO 64111

King of Kash
8304 Wornall Road
Kansas City, MO 64114

Kohls/capone
Po Box 3115
Milwaukee, WI 53201

Lend You Cash
275 Northpoint Pkwy, Ste 80
Buffalo, NY 14228

LendNation
8208 Melrose Dr

LoanMe Inc.
PO Box 5645
Orange, CA 92863

Loop Fund
PO Box 838
Keshena, WI 54135

Luke, Johnson & Lewis, LLC
P.O Box 520246
Salt Lake City, UT 84152

Metropolitan St Louis Sewer
District
10805 Sunset Office Dr
Suite 300
Saint Louis, MO 63127

Midland Finance
c/o EZ Money
400 Central St
Kansas City, MO 64111

Missouri Department of Revenue
PO Box 475
301 W. High Street
Jefferson City, MO 65105-0475

MM Finance
4006 Central Street
Kansas City, MO 64111

Money Stash MO LLC
8807 W. Sam Houston Parkway
North
Suite 200
Houston, TX 77040

Moneylion
110 Hammond Drive Suite 110
Atlanta, GA 30328

MSD
c/o John Heimos
10805 Sunset Office Dr Ste 300
Saint Louis, MO 63127

MSD
PO Box 437
Saint Louis, MO 63166

National Credit adjusters
PO Box 550
Hutchinson, KS 67504

National Credit Adjustors
PO Box 550
Hutchinson, KS 67504

National Debt Holdings
401 East Las Olas Blvd
 Suite 1400,
Fort Lauderdale, FL 33301

NIIWIN, LLC
 d/b/a Lendgreen
PO Box 221,
Lac Du Flambeau, WI 54538

Nine Torches
PO Box 783
Lac Du Flambeau, WI 54538

North Cash
PO Box 498
019948579-00
Hays, MT 59527

Personify Financial
P.O. Box 500560
San Diego, CA 92128

Plaza Services
110 Hammond Drive
Ste 100
Atlanta, GA 30328

Plaza Services
110 Hammond Drive
Suite 110
Atlanta, GA 30328

Plaza Services
110 Hammond Drive
Atlanta, GA 30328

Plaza Services, LLC
110 Hammond Dr
Suite 110
Atlanta, GA 30328

Prime Credit Line
60 F Street Suite 3, #721
Arcata, CA 95521

Prime Recovery LLC
2495 Main Street
Buffalo, NY 14214

QC Holding Inc
PO Box 26187
Overland Park, KS 66225

Reviver Financial, LLC
PO Box 550
c/a National Credit Adjustors
Hutchinson, KS 67504

Rocky Mountain Capital
Management
3829 Forest Parkway
 Suite 200
North Tonawanda, NY 14120

Santander Consumer Usa
Po Box  961211
Fort Worth, TX 76161

Scott Francis WaterBach
3000 Ne Brooktree Ln suite 100
Kansas City, MO 64119

Sky Cash USA
2637 E Atlantic Blvd #31889
Pompano Beach, FL 33620

Sky Trail Cash
Ningodwaaswi LLC, PO Box 111
Lac Du Flambeau, WI 54538

Speedy Cash
PO Box 780408
Wichita, KS 67278-0408

SpotLoan
PO Box 720
Belcourt, ND 58316

SSM Health Medical Group
PO Box 955978
Saint Louis, MO 63195

St Louis County Collector of
Revenue
41 South Central
Saint Louis, MO 63105

Sunup Financial
PO Box 141989
Irving, TX 75014

Synchrony Bank/Paypal Credit
PO Box 965012
Orlando, FL 32896

Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440

The Loan Machine
3635 N Lindbergh Blvd
Saint Ann, MO 63074

Thrivent Federal Credit Union
3600 Commerce Ct
Appleton, WI 54911

Uas/thrivent Fcu
3600 Commerce Ct
Appleton, WI 54911

United Holding Group
6400 Sheridan Dr
Ste 138,
Williamsville, NY 14221

United States Attorney
111 South 10th Street
20th Floor
Saint Louis, MO 63102

Wf/dillard
Po Box 14517
Des Moines, IA 50306